ORIGINAL

(Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br>v.<br>Bonia Bon, Bonize Bon,<br>Gregory Bon, and Elida Dieujuste a.k.a. "Elida<br>Dieujeste," | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

FILED
CLERK, U.S. DISTRICT COURT

MAY 30 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

19MJ 02291

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 2018 to May 30, 2019___ in the county of ___Los Angeles___ in the

___Central___ District of ___California___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | See Attachment |
| 18 U.S.C. § 1341 | |
| 18 U.S.C. § 1028A | |

LODGED

2019 MAY 30 PM 12: 53

CLERK U.S. ...
CENTRA...
BY:

This criminal complaint is based on these facts:

(See attached affidavit which is incorporated as part of this Complaint.)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Marcus Valle
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___May 30, 2019___

_____
*Judge's signature*

City and state: ___Los Angeles, California___

Honorable Frederick Mumm
*Printed name and title*

RAIL

**Complaint Attachment**

Count One (18 U.S.C. § 1349)

Beginning in or before January 2018, and continuing through at least May 30, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendants BONIA BON, BONIZE BON, GREGORY BON and ELDIA DIEUJUSTE, also known as "Eldia Dieujeste" ("defendants"), and others, conspired to commit mail fraud, in violation of Title 18, United States Code, Section 1341. The object of the conspiracy was carried out, and to be carried out, in substance, as follows: Defendants and their co-conspirators would fraudulently obtain unemployment insurance ("UI") benefits issued by the California Employment Development Department based on UI claims filed in the names of identity theft victims who worked for employers located in California. Defendants and their co-conspirators would provide, and cause to be provided, their own addresses as the mailing addresses for the identity theft victims named as the claimants. As a result, the electronic bill payment debit cards used to access the fraudulently obtained UI benefits would be mailed to these addresses, and defendants would use them to take possession of the benefits for themselves. The false UI claims would also cause mailings to be sent to the employers, including employers located in the Central District of California, regarding the UI claims.

Count Two (18 U.S.C. § 1341)

Beginning in or before January 2018, and continuing through at least May 30, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendants BONIA BON, BONIZE BON, GREGORY BON and ELDIA DIEUJUSTE, also known as "Eldia Dieujeste" ("defendants"), together with others, knowingly and with intent to defraud, devised, intended to devise, participated in and executed a scheme and artifice to defraud the California Employment Development Department ("EDD") as to a material matter, and to obtain money and property from EDD by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts. In furtherance of the above-described scheme, on or about February 12, 2018, defendants caused EDD to mail a notice (EDD Form DE 1101C/Z) to Moorpark Family Medical located in Moorpark, California, informing Moorpark Family Medical that a UI claim for an employee had been filed.

Count Three  (18 U.S.C. § 1028A)

Beginning in or before January 2018, and continuing through at least May 30, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendants BONIA BON, BONIZE BON, GREGORY BON and ELDIA DIEUJUSTE, also known as "Eldia Dieujeste" ("defendants") knowingly transferred, possessed, and used, without lawful

**AFFIDAVIT**

I, Marcus Valle, being duly sworn, declare and state as follows:

## I.  INTRODUCTION

1.    I am a Special Agent ("SA") with the U.S. Department of Labor-Office of Inspector General (DOL-OIG), and have served in this capacity for six years. I am presently assigned to the Los Angeles Field Office of DOL-OIG.  My responsibilities as a DOL-OIG Special Agent include investigating unemployment insurance fraud, mail fraud, identity theft, as well as other related crimes. I am a graduate of the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia.  As part of the training provided at FLETC, I successfully completed the Basic Training course, which included, but was not limited to, courses in criminal and constitutional law.

## II. PURPOSE OF AFFIDAVIT

2.    I make this affidavit in support of a criminal complaint against, and arrest warrants for:

        a.    **BONIA BON** ("BONIA BON") (year of birth: 1988),

        b.    **BONIZE BON** ("BONIZE BON") (year of birth: 1988),

        c.    **GREGORY BON** ("GREGORY BON") (year of birth: 1992); and

        d.    **ELDIA DIEUJUSTE**, also known as "Eldia Dieujeste," ("DIEUJUSTE") (year of birth: 1989)

for violations of Title 18, United States Code, Sections 1349 (Conspiracy to Commit Mail Fraud); 1341 (Mail Fraud) and 1028A (Aggravated Identity Theft).

3.    The facts set forth in this affidavit are based upon my personal observations, my review of the documents and records discussed herein, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

4.    The U.S. DOL-OIG, California Employment Development Department ("EDD"), the U.S. Postal Inspection Service ("USPIS") and the Los Angeles Police Department (LAPD) are investigating a fraudulent scheme in which stolen personal identification information ("PII") is used to file EDD claims for unemployment insurance ("UI") benefits.  The UI benefits claims falsely assert that the claimants were laid off from their employers, which are located in the Central District of California and include the Los Angeles Police Department; the City of Los Angeles; the Counties of Los Angeles, San Bernardino, and Riverside; and the California Highway Patrol, among others.  The submission of the UI claims causes mailings to the addresses

2

provided on the claims, including mailings of Electronic Bill Payment ("EBP") debit cards administered by Bank of America that are used to access the fraudulently obtained UI benefits. These addresses, which are located in Florida, are controlled by the co-schemers and their associates, who then use the EBP debit cards to withdraw the fraudulently obtained UI benefits at Automated Teller Machines ("ATMs").

5.    As set forth more fully below, **BONIA BON, BONIZE BON, GREGORY BON,** and **ELDIA DIEUJUSTE,** together with others known and unknown to this investigation, are fraudulently obtaining UI benefits issued by EDD based on UI claims filed in the names of identity theft victims who work for employers located in California. **BONIA BON, BONIZE BON, GREGORY BON,** and **ELDIA DIEUJUSTE** provide, and cause to be provided, their own addresses as the mailing addresses for the identity theft victims named as the claimants. As a result, the EBP debit cards used to access the fraudulently obtained UI benefits are mailed to these addresses, and **BONIA BON, BONIZE BON, GREGORY BON,** and **ELDIA DIEUJUSTE** use them to take possession of the benefits for themselves. The false UI claims also cause mailings to the employers, including employers located in the Central District of California, regarding the UI claims.

## IV. BACKGROUND: UNEMPLOYMENT INSURANCE

6.    Since 1935, the U.S. Department of Labor's Unemployment Insurance (UI) program has provided unemployment benefits to eligible workers who become unemployed through no

3

fault of their own.  This program ensures that at least a significant portion of the necessities of life -- most notably food, shelter, and clothing -- are met on a weekly basis while the worker seeks employment.  UI beneficiaries who meet the requirements of the applicable state law are eligible for this temporary financial assistance.  Each state administers a separate UI program within the guidelines established by Federal law.

7.    In the state of California, EDD administers the UI program.  A business becomes subject to California state payroll taxes upon paying wages over $100 in a calendar quarter to one or more employees.  Once subject to payroll taxes, an employer must complete and submit a registration form to EDD within 15 days.  An employer may register by filing a DE-1 form, which is the Registration Form for Commercial Employers.  Employers may submit this information online through the EDD Employer Services Online website or mail paper documents to the EDD. Additionally, an employer may register a company using the Tele-Reg system, which allows an employer to register over the phone with an EDD representative.  A penalty and interest is charged on late reports.

8.    The information to be provided on the DE-1 form includes the company's name, address, the number of employees, the type of business, and other general information.  Box F on the form asks for the company's physical business location. Upon registration, EDD assigns an Employer Account Number (EAN) to the company.  If EDD receives an initial payment of payroll

4

taxes contributions or evidence of wages reported, it may assign an EAN to a company even before EDD receives the registration information provided on the DE-1.

9.    Employers are also required to file a Quarterly Contribution Return and Report of Wages (Form DE9), which reconciles wages reported and taxes paid for each quarter. Employers may submit this information electronically on the EDD's Employer Services Online website or by mailing the forms to EDD.

10.   To be eligible for UI in California, claimants must have worked and earned a minimum amount of wages within the prior 18 months.  In addition, claimants must be: 1) unemployed through no fault of their own; 2) able and available for work; 3) willing to accept suitable work; and 4) actively seeking work.  The amount of weekly UI benefits paid to a claimant is based on the claimant's prior earnings, as reported by their employer for a specified time-period, called the "base wage" period.  Claimants can file their claims by mail, fax, telephone, or online.  Benefits will be paid when a claimant is laid off due to lack of work.

11.   EDD prioritizes the immediate financial needs of unemployed workers over collection of payroll taxes from employers; therefore, an employer's delinquency in paying required payroll taxes, or utter failure to even register with the EDD, will not affect a claimant's eligibility for benefits. As long as a claimant shows proof of wages (e.g., W-2, check stub) on his or her UI claim, EDD will pay the benefits, if the

claimant is eligible, even though the employer may not have paid any payroll taxes or registered with the EDD.

12. When an individual files a UI claim online, EDD automatically maintains certain information regarding the filing of the claim. This information includes the date and time the claim was submitted, the name of the person for whom the claim was filed, and the IP address of the computer, or ISP account, being used to file the claim.

13. UI claimants must answer a variety of questions in order to be eligible for UI benefits. Claimants must provide their name, Social Security Number, and mailing address. Claimants must also provide information about all employers for whom the claimant worked during the 18 months prior to filing the UI claim, including the former employers' names, the periods of employment and the wages earned. If a claimant reports more than one former employer, the EDD will calculate the reported wages from all of the employers in order to determine the Weekly Benefit Amount ("WBA").

14. When the EDD needs to verify the identity of the claimant, an "ID Alert" is issued on a UI claim. When an ID Alert has been issued, the Identity Verification Group ("IDV Group") of the UI Integrity Accounting Division sends a Request for Information (Form DE 1326E) to the claimant and a Request for Identity Verification (Form DE 1326C) to the previous employer(s) identified on the current claim, and the claim is suspended for 10 days. The claimant must provide a clear copy of one of the following items to verify his/her identity:

6

(a) the claimant's driver's license; (b) an identification card; (c) a passport; and/or (d) a Social Security card.  After 10 days the IDV group will determine the claimant's eligibility for UI benefits based on the available information provided by the claimant and/or employer(s) regarding the claimant's identity. A claimant may be determined to be ineligible for UI benefits in any of the following circumstances:  (a) the claimant did not respond to the DE 1326E; (b) the documents provided were not clear enough to make an eligibility determination; or (c) the documents provided were insufficient and did not establish the claimant's identity.

15.   The EDD conducts Reemployment Eligibility Assessments ("REA") requiring the claimant to attend a mandatory job assistance workshop at his/her local EDD workforce services offices.

16.   If the claimant fails to attend this workshop, and the claimant certifies for UI benefits in the same week as the missed interview, then the EDD will send the claimant the Request for Eligibility Information (Form DE 4365REA) to obtain an explanation of why the claimant did not attend his/her REA appointment.  The EDD then schedules a telephone interview and mails the claimant a notice of the time and date for the interview.  The notice sets out several questions that may be asked during the interview.  Claimants who attend an initial REA appointment, but fail to attend a subsequent service will be sent a Request for Eligibility Information, Non-Attendance at Mandatory Additional Service (Form DE 4365RES).  Each of the two

forms (DE 4365REA and DE 4365RES) provides the claimant an opportunity to explain why he/she did not attend the REA appointment or subsequent service as instructed.  No further contact will be made with the claimant, unless additional eligibility issues are identified (other than the REA issues).

17.  One possible explanation that a claimant can select for the failure to appear is "Worked on the day of the REA appointment or attended a job interview on the day of the REA appointment."  When a claimant selects this explanation, the EDD determines if the claimant had good cause for the missed interview.  If so, the EDD will allow the claimant to continue to collect benefits and the claimant will be paid for the certified week.

18.  If the claimant does not return the DE 4365REA or DE 4365RES forms, or the claimant does not establish good cause for the missed workshop, the claimant will be denied benefits for the certified week in which the claimant missed his/her appointment.  Further information is required so that EDD may verify the explanation that the claimant provides.

19.  The EDD also sends a notice (Form DE 1101C/Z) to the claimant's last employer when a claim for UI benefits is filed. This notice provides general information about the UI claim that the employee filed, including the reason the claimant states he/she is no longer working.  This notice is the first opportunity for employers to provide eligibility information by responding in writing and mailing their responses to the notice within 10 days of the mail date located at the top of the

notice. Employers can also respond to the notice electronically by using the State Information Data Exchange System (SIDES).

20. The EDD mails a Notice of Determination/Ruling (Form DE 1080C/Z) to employers of EDD's decision regarding a claimant's eligibility for UI benefits. This notice provides a reason for the decision, the applicable code section of the UI law, charges to the employer reserve account, and appeal rights. Appeals must be in writing and received within 30 days from the mail date located at the top of the notice. Failure to respond to the Notice of Unemployment Insurance Claim Filed (DE 1101 C/Z) means the employer is not entitled to receive a Notice of Determination/Ruling and cannot appeal the EDD's decision.

21. The EDD mails a Notice of Wages Used for Unemployment Insurance Claim (Form DE 1545) to base period employers after the first UI benefit payment made on the claim. This is the second opportunity for the last employer and the first opportunity for base period employers (who were not the last employer) to provide eligibility information by responding in writing and mailing the response within 15 days from the mail date located at the top of the notice.

22. Once a UI claim is accepted, EDD typically deposits UI funds every two weeks to an Electronic Bill Payment ("EBP") debit card administered by Bank of America for the claimant to use to pay for his/her expenses. The EBP card is sent to the claimant in the mail at the address the claimant provides in their UI claim. Claimants can activate their debit card over the phone or online. If the claimant elects to register the

9

card online, he/she can provide Bank of America an email
address.

23.  While receiving UI benefits, a claimant must complete
a Continued Claim Form (Form DE 4581) and certify every two
weeks, under penalty of perjury, that he/she remains unemployed
and eligible to receive UI benefits.  The completed Continued
Claim Form may be submitted to the EDD by mail, or in some
circumstances may be certified over the phone or online via the
EDD website.  Once the Continued Claim Form is received by EDD,
payment is authorized and deposited to the EBP debit card.  At
present, weekly UI benefits typically range from $40 to $450.  In
order to receive the maximum weekly benefit of $450, a claimant
must have earned $11,674.01 or more in the highest quarter of
the claimant's base period.

## V.  **STATEMENT OF PROBABLE CAUSE**

24.  Based on my training and experience, I know that
individuals scheming to fraudulently obtain UI benefits
generally follow recognizable patterns, including, among other
indicia:

a.  Co-schemers commonly buy, or outright steal, the
identities of other people to file for fraudulent UI benefits in
the ID-theft victims' names and then collect the UI funds.  Co-
schemers commonly withdraw UI benefits via ATMs.

b.  Co-schemers commonly us the addresses of their
friends and family to carry out the scheme.  When co-schemers
list the UI claimant's addresses on the UI claims, they commonly

use these addresses, rather than their own home address.  EBP debit cards and other EDD correspondence are then mailed to these addresses.

      c.  Co-schemers submit multiple UI claims from the same IP address for multiple claimants.  These claims are sometimes submitted on the same day close in time.

      d.  Co-schemers also submit multiple UI claims and provide the same phone number for multiple UI claims for different claimants.

    25.  In March 2018, investigators with EDD informed DOL-OIG that the EDD UI Branch, Identity Verification and Technical Support Section ("IVTSS"), had identified two UI claims submitted using identities that IVTSS suspected had been stolen. These two claims used the same mailing address in Miami, Florida, and both reported "disaster" as the reason for separation from employment.

    26.  The EDD IVTSS and EDD Investigation Division, Criminal Intelligence Unit, conducted additional research on California UI claims that used Florida addresses.  The review identified 413 UI claims, submitted using identities that were also suspected of being stolen and Florida mailing addresses.  From April 2016 to December 2018, EDD paid $370,183 for 149 of the 413 fraudulent UI claims.

    27.  EDD conducted additional research and identified 413 additional UI claims. EDD conducted an analysis of the claims to identify the IP addresses used to submit the UI claims.

28.  As described below, from those 413 fraudulent UI claims, investigators have identified UI claims, using Florida addresses, submitted in the names of the following identity theft victims, and have connected these claims to **BONIA BON, BONIZE BON, GREGORY BON and DIEUJESTE,** as described below.

## BONIA BON, BONIZE BON, GREGORY BON and
## DIEUJESTE'S FRAUDULENT UI BENEFITS SCHEME

29.  From August to November 2018, at least 29 UI claims were submitted to EDD online from a digital device using IP address 107.195.99.81.

30.  According to AT&T, **BONIA BON** was the subscriber for IP address 107.195.99.81, at the time the UI claims were submitted Online to EDD.  **BONIA BON'**S Internet service address is 14600 NE 14th Avenue, Miami, FL 33161.

31.  According to the Florida Department of Highway Safety and Motor Vehicles ("FHSMV"), on October 24, 2018, **BONIA BON** provided 14600 NE 14th Avenue, Miami, FL 33161 ("**BONIA BON's Address**") as her mailing address.

32.  According to EDD, at least seven UI claims that were submitted online to EDD used **BONIA BON's Address** as the mailing address for the named claimant.

### Identity Theft Victim P.T.

33.  On August 15, 2018, a UI claim was filed with the EDD stating that the claimant P.T. had been laid off from the University of California, Davis.  The UI Online application contains P.T.'s name, Date of Birth ("DOB"), and Social Security

Number ("SSN").  The Online application also identifies **BONIA BON's Address** as the mailing address for claimant P.T.

34.  On February 7, 2019, agents interviewed P.T. regarding the UI claim filed in her name.  P.T. told agents she has never filed for UI benefits.  P.T. confirmed the DOB and SSN on the UI claim belonged to her.  P.T. did not recognize **BONIA BON's Address**.  P.T. has not resided in Florida, and did not have any connections to Florida.

35.  I then reviewed Bank of America records related to the EBP card in P.T.'s name that was mailed to **BONIA BON's Address** based on the UI claim that had been filed in P.T.'s name.  On September 11, 2018, Bank of America mailed an EBP card in P.T.'s name to **BONIA BON's Address**.  A review of the Bank of America transaction history report for the EBP card revealed the card was thereafter used to withdraw cash from the "West-Dixie" ATM in North Miami, FL.

### Identity Theft Victim T.S.

36.  On August 26, 2018, a UI claim was filed with the EDD stating that the claimant T.S. had been laid off from Adventist Health California, which is located in St. Helena, California. The UI Online application contains T.S.'s name, DOB, and SSN. The Online application also identifies **BONIA BON's Address** as the mailing address for claimant T.S.

37.  On February 19, 2019, agents interviewed T.S. regarding the UI claim filed in her name.  T.S. is a Caucasian female.  T.S. told agents that she has never filed for UI benefits.  T.S. confirmed the DOB and SSN on the UI application

belonged to her.  T.S. has never lived in Florida, and she was not familiar with **BONIA BON's Address.**

38.  I then reviewed Bank of America records related to the EBP card in T.S.'s name that was mailed to **BONIA BON's Address** based on the UI claim that had been filed in T.S.'s name.  I learned the following:

a.  On September 9, 2018, Bank of America mailed an EBP card in T.S.' named to **BONIA BON's Address.**

b.  On November 12, 2018, the surveillance camera at a Bank of America ATM photographed a black female withdrawing cash using the EBP card in T.S.'s name at the "West-Dixie" ATM located in North Miami Beach, FL.  I compared the ATM surveillance photos with **BONIZE BON**'s FHSMV photograph and the persons in the photographs appear to be the same.

c.  On November 23, 2018, the surveillance camera at a Bank of·America ATM photographed a black female withdrawing cash using the EBP card in T.S' name at the "West-Dixie" ATM located in North Miami Beach, FL.  I compared the ATM surveillance photos with **BONIA BON**'s FHSMV photograph and they appear to be the same.

<u>Identity Theft Victim J.G.</u>

39.  On August 31, 2018, a UI claim was filed with the EDD stating that J.G. had been laid off work from Physicians Network Med., which is located in Roseville, California.  The UI application contained J.G.'s name, SSN, and DOB.  The Online application identifies 15650 18th Avenue, Clearlake, California 95422, as the mailing address for claimant T.S.

40.   On March 8, 2019, DOL-OIG Assistant Special Agent in Charge (ASAC) Michael Blas interviewed J.G. regarding the UI claim filed in his name.  J.G. is a Caucasian male.  ASAC Blas informed me that J.G. confirmed the name, SSN, and DOB used on the UI claim belonged to him.  However, J.G. did not file for UI.  Approximately five years ago, J.G. went to Florida for a wedding.  J.G. does not have any mailing addresses in Florida.

41.   I reviewed Bank of America records pertaining to the EBP card issued in J.G.'s name to determine who used the card, and learned the following

   a.   On September 9, 2018, Bank of America mailed an EBP card in J.G.'s name to 7152 NW 14th Avenue, Apartment 203, Miami, FL 33147.

   b.   On September 18, 2018, an unknown party contacted EDD and changed the mailing address for claimant J.G. to **BONIA BON's Address.**

   c.   On September 20, 2018, an EBP card in J.G.'s name was mailed to **BONIA BON's Address.**  The account history for this EBP card states for September 20, 2018 "Lost/stolen card replacement order."

   d.   On November 23, 2018, the surveillance camera at a Bank of America ATM photographed a black male withdrawing cash using the EBP card issued in J.G.'s name at the "West-Dixie" ATM located in North Miami Beach, FL.  I compared the surveillance photograph with **GREGORY BON'**s FHSMV photograph and the persons in the photographs appear to be the same.

15

42.  From February 2018 to August 2018, at least four UI claims submitted to EDD contained 527 NW 19th Avenue, Miami, FL 33125 as the mailing address for the named claimants.  The four claimants were residents of California working in the medical field.

43.  According to the FHSMV, **GREGORY BON** provided 527 NW 19th Avenue, Miami, FL 33125 ("**GREGORY BON's Address**") as his mailing address.

### Identity Theft Victim P.D.

44.  On August 22, 2018, a UI claim was filed with EDD indicating that P.D. had been laid off from Specialty Care and Surgery Center located in Kelseyville, California.  The UI Online application contains P.D.'s name, DOB, and SSN.  The mailing address on the UI application was **GREGORY BON's Address**.

45.  On February 13, 2019, EDD Investigator Oscar Romo (Inv. Romo) interviewed P.D. regarding the UI claim filed in her name.  P.D. is a Caucasian female.  P.D. told agents she never filed for UI benefits, and she did not recognize **GREGORY BON's Address**.  P.D. confirmed the SSN and DOB listed on the UI application belonged to her.

46.  I then reviewed Bank of America records related to the EBP card in P.D.'s name that was mailed to **GREGORY BON's Address** based on the UI claim that had been filed in her name and learned the following:

a.   On September 24, 2018, Bank of America mailed an EBP card in P.D.'s name to **GREGORY BON's Address**.

b.   On November 12, 2018 and November 28, 2018, the surveillance camera at a Bank of America ATM photographed a black female withdrawing cash using the EBP card in P.D' name at the "West-Dixie" ATM located in North Miami Beach, FL.  I compared the ATM surveillance photos with **BONIZE BON**'s FHSMV photograph and the persons in the photographs appear to be the same.

### Identity Theft Victim J.I.

47.  On February 6, 2018, a UI claim was filed with EDD indicating that J.I. had been laid off work from Moorpark Family Medical located in Moorpark, California, within the Central District of California.  The UI Online application contains J.I.'s name, DOB, and SSN. The mailing address provided on the UI application is **GREGORY BON's Address.**

48.  On or about February 12, 2018, as a result of the UI claim that was filed in J.I.'s name, EDD mailed a notice (EDD Form DE 1101C/Z) to Moorpark Family Medical located in Moorpark, California, informing Moorpark Family Medical that a UI claim for an employee had been filed.

49.  On February 11, 2019, agents interviewed J.I. regarding the UI claim filed in his name.  J.I. is a Caucasian male.  J.I. told agents he has never filed a claim for UI benefits, nor did he provide his personal information to anyone to file for UI benefits on his behalf.  J.I. confirmed the SSN and DOB on the UI application belonged to him.  J.I. has never resided in Florida, and he did not recognize **GREGORY BON's Address.**

17

50.   I then reviewed Bank of America records related to the EBP card in J.I.'s name that was mailed to **GREGORY BON's Address** based on the UI claim that had been filed in his name and learned the following:

a.   On March 2, 2018, Bank of America mailed an EBP card in J.I.'s name to **GREGORY BON's Address.**

b.   On March 28, 2018, April 10, 2018, and April 14, 2018, the surveillance camera at a Bank of America ATM photographed a black female withdrawing cash using the EBP card in J.I.'s name at the "West-Dixie" ATM located in North Miami Beach, FL.  I compared the ATM surveillance photos with **BONIZE BON'**s FHSMV photograph and the persons in the photographs appear to be the same.

c.   On March 27, 2018, the surveillance camera at a Bank of America ATM photographed a black female withdrawing cash using the EBP card in J.I's name at the "West-Dixie" ATM located in North Miami Beach, FL. I compared the surveillance photo with **ELDIA DIEUJUSTE'**s Florida FHSMV photograph, and the persons in the photographs appear to be the same.

<u>Identity Theft Victim D.Y.</u>

51.   On February 26, 2018, a UI claim was filed with EDD stating that the claimant D.Y. had been laid off from Dr. D.Y. Professional Corporation located in Oxnard, California, within the Central District of California.  The UI Online application contains D.Y.'s name, DOB, and SSN.  The mailing address provided on the UI application is **GREGORY BON's Address.**

18

52.   On or about March 2, 2018, as a result of the UI claim that was filed in D.Y.'s name, EDD mailed a notice (EDD Form DE 1101C/Z) to Dr. D.Y. Professional Corporation in Oxnard, California, informing the Dr. D.Y. Professional Corporation that a UI claim for an employee had been filed.

53.   On February 11, 2019, agents interviewed D.Y. regarding the UI claim filed in his name.  D.Y. is an Asian male.  D.Y. confirmed that the name and SSN on the UI application belonged to him, but he did not file a claim for UI benefits.  D.Y. did not recognize **GREGORY BON's Address.**

54.   I then reviewed Bank of America records related to the EBP card in D.Y.'s name that was mailed to **GREGORY BON's Address** based on the UI claim submitted in his name and learned the following:

   a.   On March 11, 2018, Bank of America mailed an EBP card in D.Y.'s name to **GREGORY BON's Address.**

   b.   On March 27, 2018, the surveillance camera at a Bank of America ATM photographed a black female withdrawing cash using the EBP card in D.Y.'s name at the "West-Dixie" ATM located in North Miami Beach, FL.  I compared the surveillance photo with **DIEUJUSTE's** Florida FHSMV photograph, and the persons in the photographs appear to be the same.

55.   From January 2018 to September 2018, at least five UI claims were submitted to EDD online from a digital device using IP address 108.90.145.23.

56.   According to AT&T, Micheline Dieujuste was the subscriber for IP address 108.90.145.23, at the time the UI

19

claims were submitted to EDD.  Micheline Dieujuste's Internet service address is 1470 NW 111 Street, Miami, FL 33167.

57.  According to EDD, at least nine UI claims submitted to EDD (including one claim that was submitted from a digital device using IP address 108.90.145.23 and eight claims that were submitted from digital devices using different IP addresses) contained 1470 NW 111 Street, Miami, FL 33167 as the mailing address for the named claimant.

58.  According to the FHSMV, **ELDIA DIEUJUSTE** provided 1470 NW 111 Street, Miami, FL 33167 (**"DIEUJUSTE'S** Address") as her mailing address.

59.  On March 5, 2019, Department of Homeland Security United States Citizenship and Immigration Services (USCIS) Immigration Officer John Huizar (Huizar) informed ASAC Blas that, based on information contained in USCIS records, he is informed that Micheline Dieujuste is **ELDIA DIEUJUSTE'**s mother.

Identity Theft Victim A.J.

60.  On October 2, 2018, a UI claim was filed with EDD stating that the claimant A.J. was laid off from A.J. MD Inc. in Moreno Valley, California, within the Central District of California.  The UI application contained A.J.'s name, DOB, SSN, and a mailing address in Moreno Valley, California.

61.  On or about October 5, 2018, as a result of the UI claim that was filed in A.J.'s name, EDD mailed a notice (EDD Form DE 1101C/Z) to A.J. MD Inc, in Moreno Valley, informing the A.J. MD Inc. that a UI claim for an employee had been filed.

62.   On October 12, 2018, an unknown party, posing as A.J., contacted EDD and changed the mailing address for the UI claim to **DIEUJUSTE's Address.**

63.   On February 28, 2019, agents interviewed A.J. regarding the UI claim filed in his name.   A.J. confirmed that the name, SSN, and DOB on the UI application belonged to him. However, A.J. never filed a claim for UI benefits.   A.J. has never resided or owned property in Florida.

64.   I reviewed Bank of America records pertaining to the EBP card issued in A.J.'s name and learned the following:   On October 15, 2018, Bank of America mailed an EBP card in A.J.'s name to **DIEUJUSTE's Address.**   A review of the transaction history revealed the card was used at an ATM in North Miami Beach, FL.

///

///

///

## VI. CONCLUSION

65.    Based on the information set forth above, there is probable cause to believe that **BONIA BON, BONIZE BON, GREGORY BON,** and **ELDIA DIEUJUSTE** have committed violations of Title 18, United States Code, Sections 1349, 1341, and 1028A.

Marcus Valle
Special Agent
U.S. Department of Labor
Office of Inspector General

Subscribed to and sworn before me
this 30ᵗʰ day of May, 2019.

HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

22